**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

ARIELLE ELLA PEREZ, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

BODY20 GLOBAL USA, LLC,

Defendant.

Case No.__________________

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant Body20 Global USA, LLC (“Defendant” or “Body20”) hereby removes the lawsuit captioned *Arielle Ella Perez individually and on behalf of all others similarly situated, v. Body20 Global USA, LLC*, Case No. CACE-25-013756, which was filed in the Circuit Court of the 17th Judicial Circuit, Broward County, Florida (the “State Court Lawsuit”), to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division. The grounds for removal are as follows.

**BACKGROUND AND PROCEDURAL HISTORY**

1. On September 10, 2025, Plaintiff Arielle Ella Perez filed a Class Action Complaint (the “Complaint”) in the Circuit Court of the 17th Judicial Circuit, Broward County, Florida, naming Body20 Global USA, LLC as defendant and alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the “TCPA”). *See* Exhibit A (Complaint).

2. Plaintiff generally alleges that, on behalf of herself and all other similarly situated individuals, she purportedly received unwanted telemarketing text messages from Defendant in violation of the TCPA. *See id.*

**REMOVAL IS TIMELY**

3. The State Court Lawsuit was served on September 19, 2025. Defendant's Notice of Removal is timely because it is filed within 30 days after the service date. *See* 28 U.S.C. § 1446(b)(1).

4. In compliance with 28 U.S.C. § 1446(a) and Local Rule 7.2, a copy of the State Court Lawsuit docket sheet is attached as Exhibit C and true and correct copies of all process, pleadings, and orders in the State Court Lawsuit are attached hereto as Composite Exhibit B.

**VENUE**

5. 28 U.S.C. 1441(a) provides that an action may be removed "to the district court of the United States for the district and division embracing the place where such action is pending."

6. Venue in the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, is appropriate because this is the District and Division embracing the 17th Judicial Circuit, Broward County, Florida, where the State Court Lawsuit was originally filed.

**GROUNDS FOR REMOVAL AND JURISDICTION**

7. Federal district courts have original jurisdiction over all civil action arising under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

8. The State Court Lawsuit alleges violations of the TCPA. *See* Exhibit A, Complaint at ¶¶ 1-4, 39-54. The TCPA is a federal law; therefore, the Court has original jurisdiction over Plaintiff's TCPA claim. 28 U.S.C. § 1331.

**NOTICE TO PLAINTIFF**

9. Pursuant to 28 U.S.C. § 1446(d), promptly upon the filing and service of this Notice of Removal, Defendant will (a) provide written notice thereof to the attorneys of record for the Plaintiff, as set forth below, and (b) file a notice of filing of this removal in the State Court Lawsuit:

Counsel for Plaintiff

The Law Offices of Jibrael S. Hindi
Mitchell D. Hansen, Esq. (mitchell@jibraellaw.com)
Faaris K Uddin,Esq. (faaris@jibraellaw.com)
Zane C. Hedaya, Esq. (zane@jibraellaw.com)
Gerald D Lane, Esq. (gerald@ibraellaw.com)
1515 NE 26th Street
Wilton Manors, Florida 33305
Phone: 813-340-8838

**RESERVATION OF RIGHTS**

10. Defendant reserves any and all defenses and objections that it may have to this lawsuit and does not concede that Plaintiff's allegations are true or that Plaintiff or the putative class are entitled to relief. Defendant expressly denies Plaintiff's claims, denies that class certification is appropriate, and denies that recovery is appropriate to Plaintiff or the putative class.

WHEREFORE, Defendant, Body20 Global USA, LLC, prays that the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, accepts this Notice of Removal, that it assumes jurisdiction of this cause and that it issues such further orders and processes as may be necessary.

Dated this 9th day of October, 2025.

Respectfully,
*/s/ Louis M. Ursini, III*

Louis M. Ursini, III, Esq.
Florida Bar No. 0355940
Primary: louis.ursini@arlaw.com
Secondary: lisa.stallard@arlaw.com
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602
813-402-2880 (Telephone)
813-402-2887 (Facsimile)
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record and CM/ECF participants. I further certify that a true and correct copy of the foregoing is being served via electronic mail to Counsel to the Plaintiff at the addresses noted above.

/s/ *Louis M. Ursini, III*
LOUIS M. URSINI, III
Florida Bar No. 0355940